United States District Court

Northern District of California

| | |
|---|---|
| GILBERT HERNANDEZ ROBLES, JR., | Case No.: 14-2397 CW (PR) |
| Petitioner, | |
| v. | ORDER OF TRANSFER |
| MARTIN BITER, Warden, | |
| Respondent.[1] | |

Petitioner Gilbert Hernandez Robles, Jr., a state prisoner incarcerated at Kern Valley State Prison (KVSP), in Delano, California, has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. From the face of the petition, it appears that Petitioner is challenging the validity of his conviction, which was obtained in Riverside County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed, however, may transfer the petition to the other district in the furtherance of justice. Id. Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp.

---

[1] In accordance with Habeas Rule 2(a) and Rule 25(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to substitute Warden Martin Biter as Respondent because he is Petitioner's current custodian.

767, 767 (N.D. Cal. 1993); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Petitioner was convicted in Riverside County Superior Court, which lies within the venue of the Central District of California.  See 28 U.S.C. § 84(b).  Thus, jurisdiction over the petition exists in Central District of California, not in the Northern District.[2]

Pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action forthwith to the United States District Court for the Central District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

IT IS SO ORDERED.

Dated: 9/3/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

[2] If Petitioner is challenging the execution of his sentence, the proper venue would be the Eastern District of California, because he is housed at KVSP, which is located in the Eastern District. See Habeas L.R. 2254-3(a); Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989)(the district of confinement is the preferable forum to review the execution of a sentence).

2